

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable John Leahy, Director
The Cotton Research Committee of Texas
College Station, Texas

Dear Sir:

Opinion No. O-4683
Re: Does the Cotton Research Committee, in its administration of Senate Bill No. 403, 47th Legislature, have the authority to allocate any part of the State funds, appropriated for its use "in establishing cotton research facilities in Texas", to be employed in support of a Cotton Research Congress for, (1) the promotion of the program and the exhibits, (2) the printing and distribution of all papers presented at the Congress?

You have requested the opinion of this department on the above question.

Senate Bill No. 403 of the 47th Legislature provides in part as follows:

"Section 1. Declaration of Policy. By this Act it is expressly declared that the policy of the various agricultural agencies of the State of Texas shall be shaped so that the subject of the increased use and outlet for farm products, especially cotton, shall be stressed as much as the production of said products, and the heads of the various State Agricultural Agencies, departments, schools, colleges, etc., are hereby directed to take full and sufficient consideration of the policy herein established, and that the activities of the various agencies mentioned above be revamped, where same has not already been done, so as to conform with the provisions of this Act.

Honorable John Leahy, Page 2


"Sec. 2. The sum of Two Hundred Fifty Thousand ($250,000.00) Dollars is hereby appropriated, out of any funds in the Treasury of the State of Texas, not otherwise appropriated, for the periods of time shown below, and for the purposes of establishing cotton research facilities in Texas, wherein new uses of cotton, cottonseed, and their products, the expansion of the present uses, and the development and expansion of new markets and outlets, may be sought out and discovered and made available, and such continuing biennial appropriations as may be deemed proper, are hereby specifically authorized. The sums of money appropriated herein shall be allocated and spent under the direction of a Cotton Research Committee, composed of the Presidents of the University of Texas, the Texas A. & M. College, and Texas Technological College, and in specific furtherance of the 'Declaration of Policy' set forth in this Act, subject only to such limitations as may otherwise be provided by law.

"It is contemplated that the Cotton Research Committee shall cause a careful survey to be made of the most effective way to spend the sums of money appropriated herein, in order that the purposes of this Act may be fully accomplished. . . ."

Among the items for which the bill provides that this appropriation may be expended are the following:

| | "For the Year Ending August 31, 1942 | "For the Year Ending August 31, 1943 |
|---|---|---|
| . . . . | | |
| "Miscellaneous Supplies, Expenses and Equipment, as the Cotton Research Committee may direct | 10,000.00 | 10,000.00" |

All the rest of the appropriation is allocated to the purchase, housing and maintenance of laboratory equipment, and salaries.

In explanation of the connection between the proposed activities of the Cotton Research Congress and the work of the Cotton Research Committee you have submitted to me the following information:

"The Cotton Research Congress, in its third annual session, is attracting nationally outstanding research personalities for discussions of problems and opportunities affecting the cotton economy of Texas. The Congress is being convened in Texas expressly for the benefit of Texas Cotton interests and for the purpose of bringing to Texas Cotton interests all of the information presently available in this country for the purpose of enhancing the position of Texas Cotton interests in National and International markets, and to develop opportunities for expanding the cotton processing industry in Texas.

"To more fully accomplish this purpose it is proposed that the Cotton Research Committee collect, assemble, edit and publish the proceedings of the Congress in order to preserve a record of the Congress and to make such record available to all cotton interests of the State. It is proposed that the Cotton Research Committee adopt the proceedings of the Congress as an official publication of the Cotton Research Committee.

"Moreover, the Cotton Research Committee is sponsoring research undertakings at the respective institutions of the Committee of Presidents and it is proposed in behalf of the Committee that its research developments to date be presented at the Congress in the form of exhibits, and to present such other exhibits as may favorably influence the research program of the Committee."

Reading this information in the light of the Declaration of Policy made by the Legislature in Senate Bill No. 403, above quoted, we see that the activities of a Cotton Research Congress should bear a close and very useful relation to the work of the Cotton Research Committee, as prescribed by the Legislature.

Honorable John Leahy, Page 4

The Legislature has provided in Senate Bill No. 403 that the money therein appropriated shall be used in order that "new uses of cotton, cottonseed, and their products, the expansion of the present uses, and the development and expansion of new markets and outlets, may be sought out and discovered and made available," and has placed upon the members of the Cotton Research Committee the responsibility of determining whether any particular expenditure is calculated to accomplish these ends.

It is therefore our opinion that the Cotton Research Committee is authorized, under the terms of said Senate Bill No. 403, to direct that any part of the $10,000.00 per year appropriated therein for "Miscellaneous supplies, Expenses and equipment as the Cotton Research Committee may direct," shall be expended to select, assemble, edit, publish and make available to all cotton interests of the State the proceedings of the third annual session of the Cotton Research Congress, and to present at said session in Dallas exhibits showing its research developments; the only limitation upon the expenditure of such funds being that it must be made in furtherance of the objects of the appropriation, as above quoted, and not for purchase, housing or maintenance of laboratory equipment, nor for salaries (since these items are specifically provided for in the appropriation).

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

W. R. Allen
Assistant

WRA:OO

/APPROVED JUL 3, 1942

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN